UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>RELIANCE EXPRESS, INC.,<br><br>    Defendant.<br><br>_____<br><br>MOBILE LOGISTICS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FOSTER FARMS, LLC,<br><br>    Defendant. | Case No. 2:12-CV-02030 JAM-CKD<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER<br><br><br><br><br>Case No. 1:12-CV-01264 AWI-CKD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are

assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the action denominated 1:12-CV-01264 AWI-BAM be reassigned to Judge John A. Mendez and Magistrate Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 1:12-CV-01264 JAM-CKD.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  August 23, 2012

    /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge